NUMBER 13-04-458-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE GODFREY GARCIA 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza 
Per Curiam Memorandum Opinion

         Relator, Godfrey Garcia, filed a motion for new trial and request for appointment
of counsel in the above cause on September 2, 2004. Based on the allegations and
arguments therein, we construe these pleadings as a petition for writ of mandamus
and review it accordingly.
         The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief 
 
sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8. 
                                                                        PER CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 9th day of September, 2004.